IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARIN L. HAUMAN,** | : | **CIVIL NO. 1:15-CV-1159** |
| **Petitioner** | : | **(Chief Judge Conner)** |
| v. | : | |
| **BRIAN V. COLEMAN, THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA,** | : | |
| **Respondents** | : | |

## **ORDER**

AND NOW, this 8th day of June, 2016, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the court's memorandum of the same date, it is hereby ORDERED that:

1. The motion (Doc. 15) to dismiss the habeas petition as untimely is DENIED.

2. Within twenty-one (21) days of the date of this order, respondents shall answer the allegations in the petition for writ of habeas corpus in the manner required by Rule 5 of the Rules Governing § 2254 Cases in the United States Courts. See R. GOVERNING § 2254 CASES R. 1(b), 5(b)-(d) (explaining required contents of answer and supporting materials).

3. A memorandum of law shall be filed with the answer and shall contain the relevant facts and procedural history of the case, a recommended disposition of the petition, and citations to pertinent case law.

4. If petitioner chooses to file a reply, the reply shall be filed within fourteen (14) days of the filing of the response. See R. GOVERNING § 2254 CASES R. 1(b), 5(e).

5.     A determination of whether petitioner should be produced for a hearing will be held in abeyance pending the filing of the answer and memorandum of law, and the petitioner's reply, if he chooses to file one.

                                /S/ CHRISTOPHER C. CONNER
                                Christopher C. Conner, Chief Judge
                                United States District Court
                                Middle District of Pennsylvania