# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARIN L. HAUMAN,** | : CIVIL ACTION NO. 1:15-CV-1159 |
| Plaintiff | : (Chief Judge Conner) |
| v. | : |
| **BRIAN V. COLEMAN**, *et al.*, | : |
| Defendants | : |

## **ORDER**

AND NOW, this 2nd day of December, 2016, upon consideration of petitioner's motion (Doc. 36) for partial summary judgment, and it appearing that a brief in support of the motion has not been filed as of the date of this order, it is hereby ORDERED that:

1. Petitioner's motion (Doc. 36) for partial summary judgment is deemed WITHDRAWN. See L.R. 7.4, 7.5.

2. Respondents' motion (Doc. 40) to deem petitioner's motion for partial summary judgment as withdrawn is GRANTED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania