## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARIN L. HAUMAN,** | : | **CIVIL NO. 1:15-CV-1159** |
| | : | |
| **Petitioner** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **BRIAN V. COLEMAN, THE** | : | |
| **ATTORNEY GENERAL OF THE** | : | |
| **STATE OF PENNSYLVANIA,** | : | |
| | : | |
| **Respondents** | : | |

## ORDER

AND NOW, this 8th day of December, 2016, upon consideration of petitioner's motion (Doc. 35) "to defer submission of a brief in support of the habeas petition and begin fact-developing procedures," and it appearing that respondents have filed an answer and memorandum of law in response to the habeas petition, and petitioner has filed a reply to respondents' answer, it is hereby ORDERED that petitioner's motion (Doc. 35) is DENIED.


/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania