Darin L. Hauman
SCI-Smithfield, #NB-0567
P.O. Box 999; 1120 Pike St.
Huntingdon, PA 16652-0999

Tuesday, January 16, 2018

**FILED
HARRISBURG, PA
JAN 1 9 2018
Per _____
Deputy Clerk**

Office of the Clerk
U.S. Dist. Court/Mid.Dist.Pa.
P.O. Box 983
Harrisburg, PA 17108

Re: Hauman v. Coleman, et al., #1:15-cv-1159 (2254 Habeas)

Dear:

    I am writing only to request information on the status of the above referenced case, i.e., is a decision still pending? Or has a final decision been made? Please be reminded that I a state prison inmate and I have no other way to check on the status of the case except via U.S. Mail, plus there's always the possibility the prison mailroom "loosing" incoming mail and I would never know about any court decision if that were to happen. Thanks for understanding.

    I have enclosed a SASE for any response you provide.

Humbly & Respectfully requested,

*Darin L. Hauman* (signature)

Darin L. Hauman

NAME  Darin L. Hauman

NUMBER  NB-0567

State Correctional Institution at Smithfield
P.O. Box 999, 1120 Pike Street
Huntingdon, PA 16652

**INMATE MAIL
PA DEPARTMENT
OF CORRECTIONS**

U.S. POSTAGE >> PITNEY BOWES

ZIP 16652  $ 000.46⁰
02 1W
0001395401 JAN 16 2018



RECEIVED
HARRISBURG, PA

JAN 19 2018

Per _____
Deputy Clerk



Office of the Clerk
U.S. District Court, Mid.Dist.Pa.
P.O. Box 983
Harrisburg, PA 17108